**Cardinal D. WOOLSEY, Appellant,**

v.

**BRIGHTON TRANSPORTATION/INTERSTATE TRANSIT, Respondent.**

**No. WD 59951.**

Missouri Court of Appeals, Western District.

Feb. 19, 2002.

W.C. Hodge, Knob Noster, MO, for Appellant.

Steven J. Quinn, Kansas City, MO, for Respondent.

Before: HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Mr. Cardinal D. Woolsey appeals the final award of the Labor and Industrial Relations Commission for worker's compensation benefits.

After a thorough review of the record on appeal, no error is apparent. The final award is affirmed. Rule 84.16(b).